```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------X
UNITED STATES OF AMERICA        :

           -v-                  :    ORDER

NICHOLAS MIRITELLO,             :    07 Cr. 603 (SCR)

           Defendant.           :
-------------------X
```

    Upon the application of the United States, by and through Michael J. Garcia, the United States Attorney for the Southern District of New York, by Assistant United States Attorney Anne C. Ryan, and with the consent of the defendant, NICHOLAS MIRITELLO, by and through Mayo Gregory Bartlett, Esq., it is hereby ORDERED that the pre-trial conference in this case is continued from November 2, 2007 to November 30, 2007.

    The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to continue ongoing plea discussions. Accordingly, it is further ORDERED that the time between November 2, 2007 and November 30, 2007 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated: White Plains, New York

                                                HON. STEPHEN C. ROBINSON
                                                UNITED STATES DISTRICT JUDGE

                                                11/2/07