**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

NOV 27 2007
CHAMBERS OF
STEPHEN C. ROBINSON
U.S.D.J.

November 27, 2007

Hon. Stephen C. Robinson
United States District Judge
United States District Court
  for the Southern District of New York
300 Quarropas Street
White Plains, New York  10601

MEMO ENDORSED

Re: United States v. Nicholas Miritello
    07 Cr. 603 (SCR)

Dear Judge Robinson:

   Your Honor's deputy has advised me that, due to a scheduling conflict arising from the Court's trial schedule and with the consent of defense counsel, the conference previously scheduled for November 30, 2007 in the above-captioned case has been adjourned until December 5, 2007, at 12:00 noon.  I have been further advised that defense counsel has consented to an exclusion of time under the Speedy Trial Act of the period commencing November 30 and ending December 5.

   Accordingly, the Government respectfully requests that the time period commencing November 30, 2007 and ending December 5, 2007 be excluded under the Speedy Trial Act.  A proposed order effectuating that exclusion is included with this letter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Anne Ryan
Anne C. Ryan
(212) 637-2213

*Handwritten endorsement:* The time from November 30, 2007 to December 5, 2007 is excluded from the Speedy Trial Act Calculations for the reasons above and in the interests of justice.

cc: Mayo Gregory Bartlett, Esq.
    Young & Bartlett, LLP
    81 Main Street
    White Plains, New York 10601

SO ORDERED
/s/ Stephen C. Robinson
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
11/30/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: