UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America

                                ORDER ACCEPTING PLEA ALLOCUTION

                                07 Cr. 603 (SCR)

v.

Nicholas Miritello,

---

ROBINSON, J.

     The Court has reviewed the transcript of the plea allocation in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa M. Smith, Chief United States Magistrate Judge, dated January 23, 2008, is approved and accepted.

     The Clerk of the court is directed to enter the plea.

Date: *June 12, 2008*

                                                         SO ORDERED:

                                                        STEPHEN C. ROBINSON
                                                        UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____